UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-460-F

| | | |
|---|---|---|
| JINI ATTIA, | ) | |
|       Plaintiff, | ) | |
| vs. | ) | ORDER |
| NATIONAL CREDIT SYSTEMS, INC., | ) | |
|       Defendant. | ) | |

This matter is before the court on the parties' Notice of Settlement [DE-15] informing the court that the parties have reached a settlement agreement in this case. Accordingly, it is ORDERED that this action is DISMISSED without prejudice to any party to reopen should settlement not be consummated. The parties are DIRECTED to file their stipulation of dismissal with prejudice on or before May 31, 2011.

    SO ORDERED.

This the 15th day of April, 2011.

                                              JAMES C. FOX
                                              Senior United States District Judge