# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| JINI ATTIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 5:10-cv-460 |
| vs. ) | |
| ) | |
| NATIONAL CREDIT SYSTEMS, INC., ) | |
| ) | **STIPULATION OF DISMISSAL** |
| Defendant. ) | |

Now come the Plaintiff, JINI ATTIA, and the Defendant, NATIONAL CREDIT SYSTEMS, INC., by and through their respective attorneys, and hereby advise the Court that they have agreed to a dismissal of the above-captioned matter with prejudice.

Respectfully submitted,                                    Respectfully submitted,

/s/ M. Lynette Hartsell                                    /s/ Caren D. Enloe
M. Lynette Hartsell (9845)                                 Ms. Caren D. Enloe (17394)
Attorney for Plaintiff                                     Attorney for the Defendant
Luxenburg & Levin, LLC                                     Smith, Debnam, Narron, Drake,
1010 Lakeview Dr.                                          Saintsing & Myers, LLP
Cedar Grove, NC 27231                                      4601 Six Forks Road Ste. 400
Telephone: (919) 732-1277                                  Raleigh NC 27611
Facsimile: (919) 869-2829                                  Telephone: (919) 250-200
Lynette@AttyMLHartsell.com                                 Facsimile: (919) 250-2211
                                                           cenloe@smithdebnamlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2011, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(919) 732-1277 (phone)
 (919) 869-2829   (facsimile)
Lynette@AttyMLHartsell.com